IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Nakeeta Malone, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:25-cv-02892-JPB-JEM |
| v. ) | |
| ) | |
| Experian Information Solutions, Inc. ) | |
| and Upstart Network, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **NOTICE OF SETTLEMENT AS TO UPSTART NETWORK, INC.**

Plaintiff, Nakeeta Malone, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Upstart Network, Inc. ("Upstart"). Plaintiff and Defendant, Upstart need to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant, Upstart. Accordingly, Plaintiff respectfully submits that this obviates the need for Defendant, Upstart to make any Court required filings prior to dismissal.

Respectfully submitted this 9th day of July, 2025.

**BERRY & ASSOCIATES**

1

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 509
Londonderry, Vermont 05148
Phone 651-208-6441
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Upstart Network, Inc., via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Robbie Bassett<br>
Upstart, Inc.<br>
Lead Counsel, Consumer Litigation

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher Neil Armor
Ga. Bar No. 614061
Armor Law, LLC
P.O. Box 509
Londonderry, VT 05148
Phone : 651-208-6441
Fax: 404-592-6102
Email: chris.armor@armorlaw.com

*Counsel for Plaintiff*